# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

## MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

**NOW COMES Plaintiff**, and respectfully moves this Court for leave to proceed under the pseudonym "JOHN DOE," and in support thereof states as follows:

**Plaintiff** brings this civil rights action involving deeply personal and sensitive matters, including his diagnosis of HIV/AIDS, as well as multiple mental health disabilities such as Bipolar II Disorder, Schizophrenia, PTSD, and Major Depressive Disorder.

Public disclosure of **Plaintiff**'s identity would pose a significant risk of stigma, discrimination, and emotional distress, particularly given the nature of the claims related to disability discrimination, denial of housing, and the mishandling of federally funded housing applications.

Courts have permitted **Plaintiff**s to proceed anonymously where a case involves "matters of a highly sensitive and personal nature," see Doe v. Megless, 654 F.3d 404, 408 (3d Cir. 2011), and where the public interest in knowing the **Plaintiff**'s identity is outweighed by the **Plaintiff**'s privacy concerns.

**Plaintiff**'s identity is known to the Defendants and will be disclosed to the Court under seal if required, so there is no prejudice to Defendants or impediment to the defense of the case.

**Plaintiff** respectfully requests that this Court allow him to proceed as "JOHN DOE" in all public filings, and to permit the use of initials or pseudonyms for any similarly situated parties or witnesses, if necessary.

WHEREFORE, **Plaintiff** respectfully requests that this Court:

Grant this Motion and permit **Plaintiff** to proceed under the pseudonym "JOHN DOE".

Order that **Plaintiff**'s true identity be disclosed only to the Court and Defendants under seal, if necessary;

And grant such further relief as this Court deems just and proper.

Respectfully submitted,

Respectfully submitted,
**JOHN DOE**
Pro Se **Plaintiff**
Filed Under Pseudonym

*[signature] John Doe 5/13/25*

RECEIVED
MAY 16 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA